# United States Court of Appeals for the Federal Circuit

---

August 13, 2025

**ERRATUM**

---

Appeal No. 2023-1715

**JIAXING SUPER LIGHTING ELECTRIC APPLIANCE, CO., LTD., OBERT, INC.,**
*Plaintiffs-Appellees*

**v.**

**CH LIGHTING TECHNOLOGY CO., LTD., ELLIOTT ELECTRIC SUPPLY, INC., SHAOXING RUISING LIGHTING CO., LTD.,**
*Defendants-Appellants*

---

Decided:  July 28, 2025
Precedential Opinion

---

Please make the following change:

On page 10, replace

> "The effective filing date for the '125 patent is September 25, 2015, and the effective filing date for the '540 patent is December 5, 2015."

with

2

"The parties have agreed that the effective filing date for both the '125 and '540 patents is February 12, 2015."